IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GLENN CRISEL and SHARON
CRISEL                                                                                    PLAINTIFFS

VS.                                    CASE NO. 05-1114

THE TERMINIX INTERNATIONAL
COMPANY, L.P. and TERMINIX
INTERNATIONAL, INC.                                                              DEFENDANTS

## ORDER

Before the Court is a Motion for Remand filed on behalf of the Plaintiffs Glenn Crisel and Sharon Crisel. (Doc. No. 6). Plaintiffs ask the Court to remand the above styled and numbered action back to the court in which it was originally filed, the Circuit Court of Union County, Arkansas. The Defendants have responded and voluntarily agree to the remand. (Doc. No. 7). Upon consideration of Plaintiffs' motion, the Court finds that the Defendants' Notice of Removal was untimely filed and this case should be remanded back to state court. Therefore, the Plaintiffs' Motion for Remand should be and hereby is **granted**. The matter is hereby remanded to the Circuit Court of Union County, Arkansas.

IT IS SO ORDERED, this 28th day of December, 2005.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge